UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHNNY VARGAS, JR.,

    Plaintiff,

v.                                        Case No: 8:22-cv-940-KKM-CPT

UNITED STATES DEPARTMENT
OF VETERANS AFFAIRS, JAMES A. HALEY
VETERANS HOSPITAL, UNITED STATES
DEPARTMENT OF DEFENSE,

    Defendant.
_____

## ORDER

Johnny Vargas, Jr. has failed to file a case management report as required by Local Rule 3.02(b)(2) and has failed to show good cause for this failure despite the Court directing him to do so and warning that failure to show good cause for her failures would result in the action being dismissed without further notice. (Doc. 11, 12.) The Court twice directed Vargas to show cause for his failure to file a timely case management after Defendant filed an answer to his complaint. (Doc. 11, 12.) Vargas's lack of diligence in the prosecution of his claims and his repeated refusals to comply with Court orders is a clear pattern of delay that warrants dismissal. *See World Thrust Films, Inc. v. Int'l Fam. Ent.,*

*Inc.*, 41 F.3d 1454, 1456 (11th Cir. 1995) ("A district court has authority under Federal Rules of Civil Procedure 41(b) to dismiss actions for failure to comply with local rules.").

Accordingly, the following is **ORDERED**:

1. This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders.

2. The Clerk is **DIRECTED** to terminate any pending motions or deadlines, enter judgment in favor of Defendant, and close this case.

**ORDERED** in Tampa, Florida, on October 31, 2022.

                    **TOM BARBER**
                    **UNITED STATES DISTRICT JUDGE**